UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BRENDAN MATTHEW TERRAL** | * | **CIVIL ACTION NO.  15-2366**<br>Section P |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **WARDEN DUCOTE, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 36] is GRANTED, and Plaintiff's claims against the Jackson Parish Correctional Center, the Jackson Parish Sheriff's Department, and Jackson Parish are hereby **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 13th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE